UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHELSEA DAVIDSON,  **Case No.:** 2:18-cv-12991-VAR-SDD

Plaintiff,  **Honorable:** Victoria A. Roberts

v.

CAPITAL ONE BANK (USA), N.A.,

Defendant.
_____/

PRICE LAW GROUP, APC
David A. Chami, AZ #027585
8245 N. 85th Way
Scottsdale, AZ 85258
P: (818) 600-5515
E: david@pricelawgroup.com

CHAMI LAW, PLLC
Tarek N. Chami (P76407)
16030 Michigan Ave. STE 215
Dearborn, MI 48126
P: (313) 444-5029
E: tarek@chamilawpllc.com

*Attorneys for Plaintiff Chelsea Davidson*

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff Chelsea Davidson ("Plaintiff"), and Defendant Capital One Bank (USA), N. A. ("Capital One"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with Prejudice within the next sixty (60) days. Plaintiff kindly requests that the Court vacate the Telephonic

Scheduling Conference set for November 29, 2018 at 10:00 AM as well as other deadlines and hearings in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 27th day of November 2018.

**CHAMI LAW, PLLC**

*/s/Tarek N. Chami*
Tarek N. Chami (P76407)
16030 Michigan Ave. STE 215
Dearborn, MI 48126
P: (313) 444-5029
E: tarek@chamilawpllc.com

PRICE LAW GROUP, APC
David A. Chami, AZ #027585
8245 N. 85th Way
Scottsdale, AZ 85258
P: (818) 600-5515
E: david@pricelawgroup.com
*Attorneys for Plaintiff*
*Chelsea Davidson*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Maria Marsceill*