UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Chelsea Davidson,

    Plaintiff(s),

vs                                                    Case No: 18-12991
                                                       Honorable Victoria A. Roberts

Capital One Bank, N.A.,

    Defendant(s),
_____/

## ORDER OF DISMISSAL

The parties advised the Court that they amicably resolved their differences. Accordingly,

This matter is dismissed. The Court retains jurisdiction for the limited purpose of enforcing the terms of the settlement agreement.

**IT IS ORDERED.**

                                                       s/ Victoria A. Roberts
                                                       Victoria A. Roberts
                                                       United States District Judge

Dated: December 6, 2018

-------------------------------------------------------------------------------

## CERTIFICATE OF MAILING

I certify that a copy of this order was served upon all counsel of record on the above date by electronic filing or first class mail.

                                                       s/ Linda Vertriest
                                                     Deputy Clerk